**FILED**

FEB 1 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                        No CV-07-80288 MISC VRW

                                         ORDER

James Paul Swanseen,

    State Bar No 159918
_____/

    On December 21, 2007, the court issued an order to show cause (OSC) why James Paul Swanseen should not be removed from the roll of attorneys authorized to practice law before this court based on his suspension by the Supreme Court of California for sixty days, effective October 5, 2007.

    Mr Swanseen has filed a response to the OSC and the State Bar's website now reflects that he is on "active" status.

    The OSC is therefore discharged. The clerk is directed to close the file.

    IT IS SO ORDERED.

                                          VAUGHN R WALKER
                                          United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

James Paul Swanseen,

_____/

Case Number: C07-80288(MISC) VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Paul Swanseen, Esq.
Attorney at Law
43 Dowitcher Way
San Rafael, CA 94901

Dated: February 13, 2008

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*